**Exhibit A to the Complaint**

**Location:** Keyport, NJ

**IP Address:** 74.102.176.160

**Total Works Infringed:** 32

**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 00D4C51A29C9BECB409301B771D686F17B05B89B | 04/22/2026 10:30:04 | Blacked Raw | 11/13/2019 | 11/27/2019 | PA0002213997 |
| 2 | 410c37422ae8fdc923464e8d6c82d8a9d450c793 | 05/02/2026 08:42:21 | Vixen | 10/18/2024 | 11/18/2024 | PA0002500907 |
| 3 | 416cbce183ab06525fdfd6de40637e4266567fff | 05/02/2026 08:42:21 | Vixen | 12/22/2023 | 01/16/2024 | PA0002449520 |
| 4 | 4112bcb8152b2227bd8b1378132ee7857ef63ed1 | 05/02/2026 08:42:21 | Vixen | 09/29/2023 | 10/18/2023 | PA0002435610 |
| 5 | 4106a13c202184096d2650812526689c1baa28bf | 05/02/2026 08:42:20 | Blacked | 09/02/2023 | 09/18/2023 | PA0002430909 |
| 6 | 416368aab9c5203b74c195400ea0b0767404d808 | 05/02/2026 08:42:20 | Blacked | 08/05/2023 | 08/17/2023 | PA0002425714 |
| 7 | 4129cc7b05fc680a0453938e114adb5a0fcac990 | 05/02/2026 08:42:20 | Blacked Raw | 06/23/2023 | 07/13/2023 | PA0002420356 |
| 8 | 41656659c5e174b5e9722893ad0077c92686e9dd | 05/02/2026 08:42:20 | Slayed | 06/20/2023 | 07/14/2023 | PA0002427505 |
| 9 | 416759f83112f190857e58fd6d9e6b10fa46e454 | 05/02/2026 08:42:20 | Blacked | 05/27/2023 | 06/09/2023 | PA0002415390 |
| 10 | 4115b5fed71cbbe03bf7b88fa471d0a3f5ac0682 | 05/02/2026 08:42:20 | Tushy | 05/07/2023 | 05/14/2023 | PA0002411294 |
| 11 | 4107faea50a7ed45be045fe3fb0ab892c48ee486 | 05/02/2026 08:42:20 | Vixen | 02/10/2023 | 03/08/2023 | PA0002400313 |
| 12 | 4123620574c3fcd95eeda9d393615acb0284fb8f | 05/02/2026 08:42:20 | Blacked | 12/17/2022 | 01/10/2023 | PA0002389619 |
| 13 | 4150d9d11e76e3f845360fb3054f8ebbe819f603 | 05/02/2026 08:42:20 | Tushy | 11/27/2022 | 12/11/2022 | PA0002384751 |
| 14 | 41009d4d41fb0b42ad2ec043dc41bc46a97c9f50 | 05/02/2026 08:42:20 | Blacked Raw | 10/01/2022 | 10/31/2022 | PA0002377811 |
| 15 | 413d4fcbf7a299483fb60c665ed132b37cd56a70 | 05/02/2026 08:42:20 | Slayed | 03/01/2022 | 03/04/2022 | PA0002345786 |
| 16 | 41293c2c4f478fc6817b88868dd54a5e4299b683 | 05/02/2026 08:42:20 | Blacked | 07/03/2021 | 08/02/2021 | PA0002305091 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 413801438c0e04a56560ab471a1a6c169870aeff | 05/02/2026 08:42:20 | Milfy | 06/05/2024 | 09/09/2024 | PA0002492284 |
| 18 | 41439f7e54f4c3480ec400b918371aee52ce05ef | 05/02/2026 08:42:20 | TushyRaw | 05/14/2024 | 06/19/2024 | PA0002476917 |
| 19 | 41138cc59efff22aa72e41184407483820ba6a2e | 05/02/2026 08:42:20 | Milfy | 04/10/2024 | 06/24/2024 | PA0002477492 |
| 20 | 417156101b52c0d0537b1aa465c25eba330f5583 | 05/02/2026 08:42:20 | TushyRaw | 04/02/2024 | 04/12/2024 | PA0002465217 |
| 21 | 41687adb267f504a3a9faa0233c4e943dd29c144 | 05/02/2026 08:42:20 | TushyRaw | 03/12/2024 | 04/12/2024 | PA0002465213 |
| 22 | 412578679e47b9c58f0f993262dde766773eca3b | 05/02/2026 08:42:20 | Milfy | 02/07/2024 | 03/15/2024 | PA0002461447 |
| 23 | 414e9bca48fc91386451e3d8fa584892a6b12d98 | 05/02/2026 08:42:20 | Wifey | 02/07/2026 | 02/20/2026 | PA0002568769 |
| 24 | 414137fc680fce0e39a00ebc2763ffda2f8669c1 | 05/02/2026 08:42:20 | TushyRaw | 10/12/2025 | 11/10/2025 | PA0002553392 |
| 25 | 41654422017490f2c91e2746bc95099407bf9c17 | 05/02/2026 08:42:20 | Tushy | 09/14/2025 | 09/24/2025 | PA0002552382 |
| 26 | 414e441c84664f2c9b80d6522268560511fa9996 | 05/02/2026 08:42:20 | Blacked | 08/11/2025 | 08/19/2025 | PA0002545681 |
| 27 | 4138b4e37825b26a7858d73b70b4a4c6428f6b4f | 05/02/2026 08:42:20 | Blacked Raw | 07/05/2025 | 07/08/2025 | PA0002539163 |
| 28 | 416bf74b5e4ff55697c2fe931f464d341c4f88bc | 05/02/2026 08:42:20 | Tushy | 03/16/2025 | 03/28/2025 | PA0002522490 |
| 29 | 417075b69f51c193b80c6dabcda89733a501065a | 05/02/2026 08:42:20 | Blacked | 02/22/2025 | 03/25/2025 | PA0002521832 |
| 30 | 41386efc7112005b43e6ebb2785c5a373f8c72ab | 05/02/2026 08:42:20 | Tushy | 01/19/2025 | 02/18/2025 | PA0002515947 |
| 31 | 4102b9770602279f445d457141b3173e18259785 | 05/02/2026 08:42:19 | Milfy | 03/12/2025 | 03/28/2025 | PA0002522513 |
| 32 | 2C5417FD0BAAE497FA4AAEF231460BA16AB016CA | 04/20/2026 19:17:41 | Blacked | 04/15/2019 | 05/11/2019 | PA0002173886 |